IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

GREGORY GAMACHE                                        PLAINTIFF

       v.                Civil No. 11-5092

THE FEDERAL BUREAU OF
INVESTIGATION; and the
FEDERAL COMMUNICATIONS
COMMISSION                                       DEFENDANTS

## REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Gregory Gamache submitted this *pro se* civil rights action on April 6, 2011. The *in forma pauperis* (IFP) application submitted was not on the Court approved application.

The complaint was also deficient under Rule 8(a) of the Federal Rules of Civil Procedure. There was no statement setting forth the basis for the Court's jurisdiction. Further, Plaintiff did not state what federal constitutional or statutory rights have been violated by the Defendants.

The Plaintiff was given until April 30, 2011, to submit a completed IFP application on the Court approved form and an amended complaint. To date, Plaintiff has not submitted the IFP application or the amended complaint. I therefore recommend this case be dismissed on the basis of Plaintiff's failure to obey the orders of the Court. Fed. R. Civ. P. 41(b).

**The Plaintiff has fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The Plaintiff is reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 9th day of May 2011.

                                                           /s/ *J. Marschewski*
                                                           HON. JAMES R. MARSCHEWSKI
                                                           CHIEF UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)