```
           IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   FAYETTEVILLE DIVISION
```

GREGORY GAMACHE                                                PLAINTIFF

        v.        Civil No. 11-5092

THE FEDERAL BUREAU OF
INVESTIGATION; and the
FEDERAL COMMUNICATIONS
COMMISSION                                                     DEFENDANTS

### ORDER

Now on this 1ST day of June, 2011, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #5), to which there are no objections, and the Court, being well and sufficiently advised, finds that the Report And Recommendation is sound in all respects, and should be adopted in its entirety.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** (document #5) is **adopted in its entirety**.

**IT IS FURTHER ORDERED** that this case is **dismissed** on the basis of Plaintiff's failure to obey the orders of the Court.  Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

                                              /s/ Jimm Larry Hendren
                                              JIMM LARRY HENDREN
                                              UNITED STATES DISTRICT JUDGE